# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE AMPARO HERNANDEZ-CHAVEZ,

    Petitioner,

vs.

MARC CASSELL,

    Respondent.

Case No. 2:16-cv-00229-JCM-GWF

**ORDER**

The parties have filed a stipulation (#13) regarding the naming of the correct respondent and the timing of the filing of a response to the motion to dismiss.

Petitioner has filed a verified petition for permission to practice in this case only (#4). This petition was superseded by a later petition (#7), which the court granted (#8). No further action need be taken on the now-redundant original petition.

Respondent has filed a motion to admit government attorney to practice in the District of Nevada for the duration of attorney's government employment (#11), which the court grants.

IT IS THEREFORE ORDERED that petitioner shall file the amended petition for a writ of habeas corpus, which currently is attached to the stipulation (#13).

IT IS FURTHER ORDERED that petitioner shall have through April 8, 2016, to file and serve a response to the motion to dismiss (#12).

IT IS FURTHER ORDERED that the court take no further action upon petitioner's verified petition for permission to practice in this case only (#4).

IT IS FURTHER ORDERED that respondent's motion to admit government attorney to practice in the District of Nevada for the duration of attorney's government employment (#11) is **GRANTED**.

DATED: April 14, 2016.

_____
JAMES C. MAHAN
United States District Judge