# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE AMPARO HERNANDEZ-CHAVEZ,

    Petitioner,

vs.

MARC CASSELL,

    Respondent.

Case No. 2:16-cv-00229-JCM-GWF

**ORDER**

Respondents have filed a motion to dismiss (ECF No. 19). Petitioner has not responded. Respondents show that petitioner has been released on bond from immigration detention. Petitioner has received the relief that he requested from this court. His petition for writ of habeas corpus is moot.

Reasonable jurists would not disagree with the court's conclusion, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that respondents motion to dismiss (ECF No. 19) is **GRANTED**. This action is **DISMISSED** as moot. The clerk of the court shall enter judgment accordingly and close this action.

IT IS FURTHER ORDERED that a certificate of appealability will not issue.

DATED: August 4, 2016.

_____
JAMES C. MAHAN
United States District Judge